

# NUMBER 13-21-00083-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

### IN RE FARMERS TEXAS
### COUNTY MUTUAL INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

On March 19, 2021, relator Farmers Texas County Mutual Insurance Company filed a petition for writ of mandamus and an opposed motion for temporary relief in the above cause. In the underlying case, real party in interest Carlota Lozano filed suit against relator alleging violations of the Texas Insurance Code regarding an uninsured motorist (UM) claim, but according to relator, Lozano "has not proven her legal entitlement to UM benefits and does not seek to prove her legal entitlement in this lawsuit." By petition for writ of mandamus, relator seeks to compel the trial court to grant its plea to the jurisdiction,

or alternatively to abate the proceedings until Lozano obtains a judgment against the uninsured motorist who allegedly caused her injuries. Through its opposed motion for temporary relief, relator seeks to stay the underlying trial court proceedings and all discovery pending the conclusion of this petition for writ of mandamus.

The Court, having examined and fully considered the opposed motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the opposed motion for temporary relief and we order all trial court proceedings to be stayed. *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request that Lozano, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
23rd day of March, 2021.

2